# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2785

Ahmad Williams vs. Thumbtack Inc.

Calendar Date 06/25/26    Location Wilmington, DE

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Johanes C. Maliza

Designation of Arguing Counsel: Johanes C. Maliza

Member of the Bar: ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☑ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Thumbtack Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)